%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet
U.S. District Court - District of Massachusetts

**Place of Offense:**   Category No. **II**   Investigating Agency **DEA**

City **Burlington** ☒

County **Middlesex**

**Related Case Information:**

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant **X**
Magistrate Judge Case Number
Search Warrant Case Number **22-1549-DLC; 23-1042; 23-1172**
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name **Augosto Moscat**   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address  (City & State) **69 Kendall Street, Lawrence, MA**

Birth date (Yr only): **1984**   SSN (last4#): _____   Sex **M**   Race **W**   Nationality: _____

Defense Counsel if known: **N/A**   Address **N/A**

Bar Number **N/A**   **N/A**

## U.S. Attorney Information:

AUSA **K. Nathaniel Yeager**   Bar Number if applicable **630992**

Interpreter: ☑ Yes ☐ No   List language and/or dialect: **Spanish**

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☑ In Custody

## Location Status:

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **09/07/2023** ☒   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Augusto Moscat

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to Disribute a Controlled Substance | 1 |
| Set 2 | 21 U.S.C.§841(a)(1)(b)(1)(C) | PWID and Distribution of Fentanyl | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet  U.S. District Court - District of Massachusetts

**Place of Offense:**  Category No. **II**   Investigating Agency **DEA**

City **Burlington**

County **Middlesex**

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____   New Defendant **X**
Magistrate Judge Case Number _____
Search Warrant Case Number **22-1549-DLC; 23-1042; 23-1172**
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: **Carlos Estarling Arias Ruiz**   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) **257 Farnham Street, Lawrence, MA**

Birth date (Yr only): **1989**   SSN (last4#): _____   Sex **M**   Race **W**   Nationality: _____

Defense Counsel if known: **N/A**   Address: **N/A**

Bar Number: **N/A**   **N/A**

**U.S. Attorney Information:**

AUSA **K. Nathaniel Yeager**   Bar Number if applicable **630992**

Interpreter: ☑ Yes ☐ No   List language and/or dialect: **Spanish**

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **09/07/2023**   Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Carlos Estarling Arias Ruiz

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to Disribute a Controlled Substance | 1 |
| Set 2 | 21 U.S.C.§841(a)(1)(b)(1)(C) | PWID and Distribution of Fentanyl | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____